U.S District Court District of Vermont (Burlington) Civil Docket for Case # 2: 17 –cv-00186

Michael Sullivan

Plaintiff

MOTION FOR RELIEF FROM JUDGEMENT
----- FRAUD AND MISCONDUCT
AND EXCUSABLE NEGLECT
AND Clerical Mistake

FIRST AMENDMENT   The Posse Commitatus Act
42 U.S.C 1983-Violation of Constitutional Rights by State Officials
42 U.S. Code § 1985.Conspiracy to interfere with civil rights (2) (3)

Vs.

Defendants
Vermont Senator Bernie Sanders,
President Joel Benson and Benson Strategy Group,
Ellen Malcolm and Emily List, Political Action Committee,
Bill Clinton, Hillary Clinton, and Chelsea Clinton,
the Clinton Global Initiative Foundation
New York Senator Kirsten Gillibrand,
Massachusetts Senator Elizabeth Warren,
Massachusetts Attorney General Maura Healey,
Massachusetts Senator Edward Markey,
President Donald J Trump
Defendant/Witness FBI Director Christopher A Wary
John Doe 1, 2, 3, 4, 5, 6, 7,

MOTION FOR RELIEF
Fed. R. Civ. P. 60 (a) (b) (1) (3) (c) (3)

RELIEF SOUGHT MOTION TO REOPEN CASE

Michael Sullivan plaintiff moves the court, pursuant to rule 60 (a) (b) (1) (3) (c) (3) for an order setting aside the judgment entered in this action on July 6, 2019, and setting this action to reopen the case.

Grounds for Motion

The grounds for action should be set aside, and my case should be reopened due to fraud and misconduct, by Defendants Senator Bernie Sanders, Democratic Senators Kirstein Gillibrand, Senator Edward Markey, Senator Elizabeth Warren, and President Donald J Trump.

The grounds for action should be set aside, and my case should be also reopened due to Excusable Neglect and Clerical Mistake.

1 Bill and Hillary Clinton through her protégé New York Senator Kirstein Gillibrand and Senator Bernie Sanders organize a vote in the United States Senate to block any email. I may send to my email contact list of national union and associations requesting funds to Michael Sullivan Civil Rights Defense Fund in 2017 that is still in effect today even though I have an ongoing civil suit against the plaintiffs. The Plaintiffs also block a Michael Sullivan Civil Rights Defense Fund web page design by Blue host of Salt Lake City Utah to be emailed once the web page was ready back in early 2017.

2 The defendants Vermont Senator Bernie Sanders, New York Senator Kirsten Gillibrand, Massachusetts Senator Elizabeth Warren, Massachusetts Senator Edward Markey are using their position in Government to *continually* block any of my emails requesting funds for Michael Sullivan Civil Rights Defense Fund. Even while I am engaged in the current civil suit in Vermont against them so I could not raise money to hire a Civil Rights Attorney in violation of my FIRST AMENDMENT and 42 U.S.C 1983-Violation of Constitutional Rights by State Officials well United States Military equipment is hitting me with frequency weapon in breach of the Posse Commtitatus act. All the defendants are aware that I am being hit with a frequency weapon. The defendants are violating Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party

3 My Massachusetts Senator Edward Markey Senator Elizabeth Warren refused to look into my complaint on Privacy Act Release Form that was certified mailed in April 2018 below is what I wrote on the form:

> Please contact the Waltham Police as I believe the FBI has prevented the Waltham Police from investigating my complaint against the FBI CONTELPRO operation against me, since February 15, 2013. Also the Waltham Police was unable to investigate the United States Military hovering a jet over my house on two separate occasion around 2:00am for around a minute. When I mention the jet to officer DM Hart she appear to already knew about it and look concerned. I said maybe we will open a door that we can't close. The military hover a jet over my house, the F35 jet hovers. The Waltham police would like to report this information to appropriate federal authorities. Instead the Waltham Police was force to cover this up and imply I had mental health issues. I have enclosed the Waltham Police report in which she wrote: Michael further explain that the FAA needs investigate military fly overs at his house and again became agitated that the police weren't doing anything. Please help me it has been over 5 years.

Massachusetts Senator Edward Markey and Elizabeth Warren are engaged in an ongoing conspiracy with Senator Sanders to keep control of my email returns and making sure I could never have contact with the citizens attempting to email me well I am engaged in a civil suit against them in volition of Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party, 42 U.S.C 1983-Violation of Constitutional Rights by State Officials and 42 U.S. Code § 1985.Conspiracy to interfere

with civil rights (2) (3). I believe Senator Elizabeth Warren was in touch with Massachusetts Attorney General Maura to have her block my attempts to get the Attorney General Office and Waltham District Court to investigate around six complaints over many years. Senator Markey contacted his former aide who currently is the CEO of Partners Healthcare network that includes Spaulding Rehab to interfere (disqualify me for Social Security Disability Income) with my medical care for a head injury with Dr. Mel Glenn at Spaulding Rehabilitation Boston. Dr. Glenn reappear as my doctor around a year and a half ago shortly after I heard Senator Edward Markey speak where he mentions the Current CEO of Partners Health Care was his former aide. My last visit with Dr. Glenn in November 2018 he wanted to take me off valium and said he couldn't see me anymore. The previous visit Dr. Glenn took me off of Cyclobenzaprine that he started prescribing for me around 2001. I have been on valium since 1997. Dr. Glenn recommend I see a Psychiatrist and to take a different medication. Dr. Glenn finale agreed to see me again at the end of my last visit until I find another Doctor. I filed a complaint against Dr. Glenn around four years ago for unethical behavior, and my next visit to my family Doctor HE TOLD ME DR. GLENN RETIRE I believe in fear of a lawsuit. I was seeing Dr. Young that let me see him once a year and was very kind to me. Partners Health care subsidy Spaulding Rehabilitation Hospital will not let me see Dr. Young again. Senator Edward Markey is inferring in my medical while I have a lawsuit against him in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party and

4 The plaintiff email contact list was the primary source and the only way the Defendant Senator Bernie Sanders was able to run for President in 2016. **EXHIBIT A** Some of my email contact list. I also email 1150 county coordinator of the representing 2 million American farm bureau members that vote republican and control at least 8 States that vote mainly republican that 16 Senate seats and have a significant influence in other States. I have garnered their support, but they can't contact me.

5 The plaintiff email list was the primary source that enabled Senator Bernie Sanders to obtain millions of email contacts that other Democratic Senators want to share in their bid to take over leadership positions in the United States Senate. Politico.com reported 4/23/16; The desperate scramble for Bernie's secret weapon. The fate of Sanders' golden catalog of donors and volunteers — his email list — is the talk of the Democratic Party. *I was put on an **intranet connection** by bipartisan members of congress.* Every Democrat in congress knows Senator Sanders rerouted my emails. Some

Democrats tried to help me, others look to increase their power *and* they have forced out former Democratic Senate Majority leader Harry Reid NV who made in possible for me to on an Intranet Connection in the 114th Congress if he agreed to retire. The Republicans House (Koch Bothers Freedom Caucus) have forced out former Republican Speaker of the House John Boehner, and Republican Speaker of the House Paul Ryan into retirement. The current House Republicans (Freedom Caucus) held up Roger Stone (Stone communicated with WikiLeaks 6 day before on harmful info on Clintons came out.) September 2017 testimony from Special Counsel Robert S Mueller III until December 20, 2018 as incoming Democrats in 2019 would provide the information. I believe this is why President Donald J Trump shut down the Government. NYT Dec 21, 2018 Government Shuts Down as Talks Fail to Break Impasse.

6 The Defendants Vermont Senator Bernie Sanders, President Joel Benson, Ellen Malcolm, Bill Clinton, Hillary Clinton New York Senator Kirsten Gillibrand are engage in an ongoing conspiracy to keep control of my return emails and the citizens I Inspire into candidate classes. Massachusetts Senator Elizabeth Warren, Massachusetts Attorney General Maura Healey, Massachusetts Senator Edward Markey help assist in the conspiracy by Violation of Constitutional Rights by State Officials 42 U.S.C 1983 for not investigating my complaints going back to 5 years.

7 In April 2018 Massachusetts Senator Elizabeth Warren and Massachusetts Senator Edward Markey refused to investigate my complaint well my trial was in the process because of likelihood of being added as a defendants. In Document 13 page 2 of 6 January 18, 2018: I wrote other defendants will be names when I have legal counsel. The plaintiff two United States Senators are the most culpable of the list of other defendants, and they are violating Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party. I am on an intranet connection and through discover the court will find out my Senators monitor my activity. My Massachusetts Senators knows Senator Sanders rerouted my emails, I have helped inspire thousands of citizens to run for public office and I have had 100, 000 of constitutes call their Congressional Delegation on many issues going back to 2014.

8 President Donald J Trump is also doing everything in his power to block me from recovering my return emails from Senator Bernie Sanders.

9 I believe President Donald J Trump committed fraud in my Federal Civil Suit in regards to my motion to add FBI Director Wray that Vermont Federal Court Received May 30, 2018, which was delayed and alter. My motion to add FBI

Director Christopher A Wray that was filed by Vermont District Court May 30, 2018, as Document 17. Document 17-1 and Document 18 Letter from U.S. Attorney William D. Weinrib. The motion was certified mail May 18, 2018, Friday to Burlington Vermont Federal Court. My past motion took two days, and you should have received them in two days according to the post office. The Court received my motion on May 30, 2108. I was planning to deliver them June 1, 2018, once I had money for gas.

10 The plaintiff moves to place into Court records **EXHIBIT B** a copy of my May 18, 2018 motion to add FBI Director Christopher A Wray and Exhibits A, B, and C that I certified mail to Vermont District Court and the other defendants May 18, 2018. This motion has where I type in Exhibits A, B, and C. Ex A is the March 8, 2017 letter from the US Attorney office. Ex B certified mailed receipts to Harvard Law and Suffolk Law Review Students. EX C, The 17 strangest lines from Donald Trump visit to a fire station. I have included all three exhibits. President Donald J Trump is in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party by blocking this motion and submitted a motion without Exhibits A, B, and C.

11. In June 2018 I was attempting to work on a motion to let Vermont Federal Court know that my motion to add FBI Director Christopher A Wray Document 17 filed May 30, 2018, was delay and ALTER but I was hit in the brain with a frequency making difficult to explain. I was upset and opted to add New Evidence against Senator Edward Markey, Senator Elizabeth Warren and Massachusetts Attorney Maura Healy as their refusal to investigate my complaints of FBI COINTELPRO operation have made writing a coherent motion for my civil suit an extremely arduous task well being hit with frequency wave to my brain.

12 I believe in discover some Federal Agency (maybe bipartisan members of Congress) made sure Vermont Federal Court received my March 8, 2017, letter from U.S Attorney William Weinrib that is in Court records as Document 17-1 and Document 18. U.S William Weinrib Letter is in court record with no explanation.

13. I am not sure how my federal Motion Document 17 was altered. Page 3 in Document 17 with my signature is probable correct, Page 1- 2 of Document 17 could have been stolen out of my Gmail account and substituted for the motion I filing today in Vermont District Court with Exhibits A, B, and C.

14 President Donald J Trump has National Security Directive sign against me well I have an ongoing civil lawsuit with him. The United States military is participating COINTLEPRO operation on me and has deployed a satellite on the plaintiff Michael Sullivan in violation of the Posse Comitatus Act. President Donald J Trump is in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party as the frequency is significantly affecting me in file a legal motion, and the ones that are filed are poorly constructed and missing key evidence such as Ambassador to Libya Stevens email Guns of August that caused a National Security Directive Sign against me.

15. President Donald J Trump has committed fraud on the Vermont Court by continuing a National Security Directive that against me. Given USNORTCOM Commanding General Terrence J O'Shaughnessy and COMMANDING GENERAL Lt. Gen. James H. Dickinson SMDC/ARSTRAT and subcomponents questionable legal authority to conduct a military operation on me that includes hitting me with Direct Energy Weapon that is affecting my ability to represent myself by making me sick. I email both generals July 28, 2018, informing they are interferring a Federal Lawsuit in Vermont District Court Burlington case; 2;17-cv-00186 having to do with Senator Bernie Sanders and President Donald J Trump. Email to Generals **EXHIBIT C.** Request relief from judgment under Fed. R. Civ. P. 60 (a) excusable neglect; and Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party This crime of a Direct Energy Weapon deploy on me continued because my Senators are violating 42 U.S.C 1983-Viloation of Constitutional Rights by State Officials and 42 U.S. Code § 1985. Conspiracy to interfere with civil rights (2) (3)

16 I can't add the USNORTCOM Commanding General Terrence J O'Shaughnessy and COMMANDING GENERAL Lt. Gen. James H. Dickinson SMDC/ARSTRAT to my lawsuit because LTG James H Dickerson would probably kill me. LTG James H Dickerson Secretaries have given me a one of their email address twice which is elaine.m.waldrep.civ@mail.mil requesting I email them information. LTG Dickerson secretary Elaine asked me who else did I mail letters too. I have called LTG Dickerson office over ten times. One called was block after I just finishing calling US USNORTCOM Commanding General Terrence O'Shaughnessy informing him that they are an investigation that I have notified various US Government entities. I never mailed the Complaint and Injunction that I filed In Boston Federal Court on August 24, 2017 against the defendants LTG James H Dickerson Commander of Army Space and Missile Defense, General Lori J Robinson commanders of USNORTCOM and Steven A Stebbins Chief of Staff Department of Defense Inspector general assuming they knew what was going on. A copy of the Boston Complaint and injunction is in Burlington Vermont

Document 14-1 page 10 of 16. Document 14-1 Page 13 of 16 has been *expunged* from Boston Federal Court Records along with Exhibit A Seal Document. I did certified mail the information to Judge Advocates of Navy, Air Force, and Army.

17 The plaintiff needs to be placed into the witness protection program whereby I would have a better chance of living and to represent myself without being hit in the brain with a frequency wave in violation of The Posse Commitatus Act and International War Crimes of torture

18 In July 2018 I went to the Chelsea FBI office two or three times about Senator Sanders rerouting my emails and my Senator cover up for him. President Trump obstructing justice, The Military assaulting me with a Direct Energy Weapon. I was told no Federal Laws had been broken, Statute of limitation against Senator Sanders has elapsed. "DO NOT COME BACK." I believe President Donald J Trump is prevented the Chelsea FBI from investigating my complaint in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party. I believe the Chelsea FBI knows President Donald J Trump force U.S Attorney William Weinrib to resign after I left my complaint and they are scared to lose their job. The first time I called the Chelsea FBI office, I told the FBI agent you are harassing me everywhere I go, and he said no, we are trying to keep those FBI agents away from you and there is a record of this conversation.

19 I have called the Department of Justice over 500 times since September 2018, because I was informed on a news show two times that acting Attorney General Rod Rosenstein has authorized Special counsel Robert S Mueller III to investigate.

  (i) any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump; and

  (ii) any matters that arose or may arise directly from the investigation; and

  (iii) any other matters within the scope of 28 C.F.R. § 600.4(a).

(c) If the Special Counsel believes it is necessary and appropriate, the Special Counsel is authorized to prosecute federal crimes arising from the investigation of these matters.

(d) Sections 600.4 through 600.10 of Title 28 of the Code of Federal Regulations are applicable to the Special Counsel.

5/17/17
Date

Rod J. Rosenstein
Acting Attorney General

20 I was blocked from watching the news at my house after I was informed of Rod J Rosenstein order.

21 I have sent numerous certified letter to the Special Counsel and the Department of Justice senior officials about the United States Military and President Donald J Trump. I believe they would like to testify.

22 November 9, 2018, acting Attorney General Matthew Whitaker illegal block one of my emails about President Donald J Trump. Below are a few paragraphs of the email;

23 On October 10, 2018, I delivered a complaint to the US Attorney Office in Boston Massachusetts. I requested that the receptionist forward it to Special Counsel Robert S Mueller III, she commented I don't know what happened to your last complaint you left.

24 September 21, 2018, I left two criminal complaints described below and requested that she forward the letters to Special Counsel Robert S Mueller III as President Trump probable stole the one I certified mail him.

25 The criminal complaint against President Donald J Trump for over three separate crimes dating back to March 10, 2017, when Trump Fired 46 US Attorneys which prevented the former US Attorney from investigating the complaint I left March 8, 2018, against Senator Sanders and US Government COINTELPRO operation.

26 A criminal complaint against Senator Berne Sanders, Senator Edward Markey, and Senator Elizabeth Warren for refusing to look into Senator Sanders stealing my return emails to run for president and the US government COINTEPRO operation that enable Senator Sanders to take my emails.

27 Thursday Night October 11, 2018, I was kept awake because during the day I was working on a new complaint to address to the head of U. S Attorney Office in Massachusetts as he can review my complaint and then forward it to Special Counsel Mueller

28 On October 15, 2018, I received my complaint back from the U.S Attorney Office in Massachusetts stating no Robert S Mueller III is working in that office.

29 I am being hit with a frequency to my brain that is disrupting my thinking, and I hope my message is coherent. Also, a lack of proper sleep over the last four years which adversely affects my thinking.

30 October 11, 2018, as a result of more intense frequency wave hitting my brain and different location on my body. I called a number displayed on Department of Justice Special Counsel Robert S Mueller web page 202 353 1555 I left over six messages. The number was in the box shown below, and it was removed the next day.

**LEADERSHIP**
**Robert S. Mueller III**
Special Counsel

**CONTACT**
Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Room B-103
Washington, D.C. 20530
special.counsel@usdoj.gov

**FOR MEDIA INQUIRIES**
specialcounselpress@usdoj.gov

31 I believe my actions led to Fox News Sean Hannity article October 12, 2018: Sessions and Rosenstein Need to Leave DOJ after Midterms. https://www.hannity.com/media-room/jarrett-sessions-and-rosenstein-need-to-leave-doj-after-midterms: "This was page one of my word document and was part four pages of the email that Attorney General Matthew Whitaker blocked."

32 I added paragraphs 23 through 31 Friday April 26, 2019 and NYT reported Tuesday April 30, 2019 that Deputy Attorneys General Rod Rosenstein submitted his resignation Monday April 29, 2019. The defendants have been and are monitoring my motions on my intranet connection in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party

33 I believe the Attorney General Matthew Whitaker is obstructing justice by blocking my email for President Donald J Trump and is in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party.

34 This is the second time President Donald J Trump coordinated news story with Fox News Sean Hannity of removing Government Officials based on my complaint with The Department of Justice. March 10 20187 NYT Trump Abruptly Orders 46 Obama-Era Prosecutors to Resign: "But the calls from the acting deputy attorney general arose a day (March 9, 2017) after Sean Hannity, the Fox News commentator who is a strong supporter of President Trump, said on his

evening show that Mr. Trump needed to "purge" Obama holdovers from the federal government." I left my Complaint at the U.S Attorney office on March 8, 2017.

35 June 1, 2018, I sent an email to around 26 Law Professor and private attorney that practice in white-collar crime and National Security requesting their assistance in my civil suit against the defendants, I email them two of my recent court filing one being Document 16 which was my motion to add President Donald J Trump. **EXHIBIT D** Every email was returned. I believe by President Donald J Trump. President Donald J Trump is in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party.

36 On January 7, 2019, I attempted to email National Unions and Associations the email below entitled: Please contribute to Michael Sullivan Civil Rights Defense Fund at the link below. I believe this email was blocked. **EXHIBIT E** copy of the email. In violation of Fed. R. Civ. P. 60 (b) (3) misconduct by Opposing Party.

37. In my June 22, 2018 motion Document 19 is missing an Exhibit that I believe caused a National Security directive to be signed against me. Document 19 page 6 of 11 number 20 I identify Exhibit J as: "Email sent by Libya Ambassador Christopher Stevens email dated August 8, 2012, to all US Intelligence Agencies, Subject Guns of August: security in eastern Libya. I move to place into Court records Ambassador Stevens Guns of August email **EXHIBIT F** from Ambassador Stevens who is referring to Barbara Tuchman Book, Guns of August, Foreword page XIV; Nevertheless, The Guns of August offers lessons. Foolish monarchs, diplomats, and generals blunder into a war nobody wanted an Armageddon which evolved with the same grim irreversibility as a Greek tragedy." Ambassador Stevens email trigger two articles representing an Anglo American Power Structure within two weeks; Thucydides's trap has been sprung in the Pacific China and America are the Athens and Sparta of today, says Graham Allison August 21, 2012, FINANCIAL TIMES Stumbling Towards Nuclear War? By PAUL CRAIG ROBERTS AUGUST 17, 2012 Two paragraphs from the article: "The Russians, watching Netanyahu push Washington toward dangerous confrontations keep raising their voices about the danger of nuclear war. On May Russian Prime Minister Dmitry Medvedev warned the West against launching "hasty wars," which could result "although I do not want to scare anyone" in "the use of a nuclear weapon." I email the two articles and Ambassador Stevens email as one story. This is what caused the National Security Directive and U. S Military operation on me. Senator Bernie Sanders got this email return without my consent and knowledge, and my Senator are helping to cover up this crime.

38 What is file for Exhibit J in Document 19-10 is a copy of certified mail receipts not a copy of Ambassador Stevens's email that is Sensitive But Unclassified that is illegal for a private citizen disseminate.

39 According to U.S Department of State Foreign Affairs Manual And Handbook: 12 FAM 540 SENSITIVE BUT UNCLASSIFIED INFORMATION (SBU)(CT:DS-284; 01-02-2018) (Office of Origin: DS/SI/IS) 12 FAM 541 SCOPE (CT:DS-284; 01-02-2018) a. Sensitive but Unclassified (SBU) information is information that is not classified for national security reasons, but that warrants/requires administrative control and protection from public or other unauthorized disclosure for other reasons. https://fam.state.gov/fam/12fam/12fam0540.html

40 I believe I have National Security Directive sign against me for emailing this document but has not appeared in Federal Court Records even though Document 19 page 6 of 11 number 20 I identify Exhibit J as an Email sent by Ambassador Christopher Stevens. I was printing nine exhibits for eleven defendants, I probably hit print for Ambassador Stevens email, and someone in my computer or the printer and print out certified mail receipts. I didn't notice because of lack of sleep, a continuous frequency wave on me for five years and a six-year COINTELPRO operation design to confound me. Someone committed Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party in making sure this document has not been placed into Court records by I believe interference in my computer or the printer

41 This motion is being made within a reasonable time considering the obstacles that are put in my way all day long for six years. I am hit with varying degrees of frequency ALL day long and night for five years. When I am alone and ignore a particular frequency being hit to my body, they hit another part of my body with a frequency until I start talking aloud, this has been going on for five years. When I tried to read any material, I am hit with a concentrated jolt of electromagnetic wave on my body to interrupt my thinking on any subject matter for a small time frame. I am hit with various frequency all day long to disrupt my thinking. Because of my last sentence, I am being hit in my ears and head. If I am typing something coherent, I am made to have a bowel movement or to urinate just to interrupt my thought process which has been going on for years. I could have five bowel movement in two hours. I am hit in the stomach to make me eat food, and I am not hungry.

42 After I got an email about an Evidentiary Hearing, I went to the Dedham Law Library the week of July 9, 2018. I was hit in the brain with a frequency that made it hard for me to sit upright and walk the next few days when I was at the law library. On July 12 2018 I was looking into information about an evidentiary hearing I was hit in the head with a

frequency that made me sick and left the law library in Dedham before 12 pm. **EXHIBIT G** email myself I am sick. I said to myself, this is not legal and insane for me to try to do this case under these conditions. I need to spend my time trying to get an attorney to take this case or a government agency to investigate these crimes.

43 The plaintiff has been denied proper sleep for five years which has been ruled torture; Yes, sleep deprivation is torture International, and Canadian law leaves no doubt: what Omar Khadr experienced in Guantanamo was torture by Stephanie Carvin Jul 14, 2017. "There is a good reason for this prohibition. Medical science has demonstrated over and over that there is serious physical and mental harm caused by sleep deprivation. The plaintiff request relief from judgment under Fed. R. Civ. P. 60 (a) excusable neglect; my sleep deprivation is torture International, and Canadian court ruled the inmates at Guantanamo have to get at least four hours of uninterrupted sleep. This crime is ongoing because my Senators (defendants) are violating 42 U.S.C 1983-Violation of Constitutional Rights by State Officials and 42 U.S. Code § 1985. Conspiracy to interfere with civil rights (2) (3)

44 The plaintiff spent months attempting to get an attorney because every time I try to work on my civil suit, I would be hit in the brain with a frequency that made me too sick to work on the lawsuit. The Following article explains problems concentrating: A U.S. Employee in China Complained of Symptoms Similar to Those Experienced by Diplomats in Cuba AP: "Symptoms, sounds, and sensations reportedly varied dramatically from person to person. Some have permanent hearing loss or concussions, while others suffered nausea, headaches, and ear-ringing. Some are struggling with concentration or common word recall." I hit in the head with a frequency wave that cause broad scope of different effects. I will feel and look space out. Attention Disorder. Struggling with concentration. Make me very irritable. Make me feel sick. A frequency can make me weak and put me to sleep. Five different people commented on my mental appearance. I want to tell them that I am being hit in the brain with a frequency wave and that I am not an idiot.

45 **The plaintiff main objective has been to live through a day. I tried to stay out of my house the whole day.** I spent time attempting to get an attorney or some Government agency to investigate my complaints of Federal Crimes by President Donald J Trump, United States Senators and the U.S Military that is hitting me with frequency weapon to make extremely difficult to work on my Federal Civil Law Suit.

46. I received an email from the court on January 4, 2019, informing me of clerical error and Warning this case has been dismissed. I didn't notice warning the case has been dismissed until the end of February 2019, and I called the court.

47 January 4, 2019, U.S. District Court, District of Vermont sent the plaintiff Notice of Electronic Filing. The following transaction was entered on 1/4/2019 at 1:19 PM EST and filed on 1/4/2019
Case Name:   Sullivan v. Sanders
Case Number:   2:17-cv-00186-cr
Filer:   Michael Sullivan
WARNING: CASE CLOSED on 07/06/2018
Document Number:   26
6 Docket Text: COMPLAINT against Bernie Sanders filed by Michael Sullivan. (Court erroneously failed to docket original complaint when it granted Plaintiff's IFP petition. This complaint is now docketed to correct that error.) (law)

48 On March 11, I started for a Motion to reopen in regards to clerical mistake as the Vermont Superior Court email. I would have started sooner, but I was finishing a letter to my Congresswoman Katherine Clark in which I ask her to forward to the ever House and Senate Committee that could have jurisdiction. Congresswoman Clark finally responded just before I could mail her my third letter and told me to go the FBI. My complaint was against the FBI for not investigating Complaints against Senator Sanders, President Donald T Trump, and the United States Military. Congresswoman Clark responded to my complaint against President Trump in a day back in December 2018 in an email that also promoted her legislation. I believe Congresswoman Katherine Clark didn't help me to protect Senator Bernie Sanders and Massachusetts Senator Edward Markey, Senator Elizabeth Warren for Cover-up for Senator Sanders and they are in currently in contact with Congresswoman Clark in violation Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party. Congresswoman Katherine Clark ignored my earlier complaints against the FBI going back years.

50 I believe it was imperative that the every Senate and House Committee that could have any jurisdiction look into my complaints to protect the integrity of the United States political system and the matters sensitive to National Security.

51. The week of March 11, 2019. I started a motion to reopen my case in regards to a clerical mistake. I was assaulted with **a new frequency that gives me a rash that day (sometimes I can feel the frequency hitting my body like someone is spraying a mist of water on me)** and causes my skin to itch and I was deny even less sleep again. March 15, 2019, around 12:40 am I was getting a rash that was causing red bumps on my skin so I went to Newton and Wellesley

Hospital at 1:12 am and discharge at 3;20 am **EXHIBIT H** Partners Health Care Subsidy Newton and Westley Hospital Discharge at 3;19 am. Dr. Barry Tils; wrote about my rash.

52 March 13, 2019, I drove up to Rutland Vermont to submitted a *hastily* constructed motion to reopen my case. I stop at the Rutland Library to finish my motion and spent a few hours working on the motion and realize how foolish I am proceeding and decided to take more time to file a better motion. Well working on this motion I have only been allowed to have interrupted sleep in my chair. I cannot sleep in my bed.

53 I have filed at least five other motions in haste because of lack of sleep, where I am getting 13 hours sleep over three days, and I want to finish so that I can get five and half hours interrupted sleep a day instead 4 hours of interrupted sleep a day. I have completed other motion in this case at the Rutland Public Library once before, Burlington Public Library three times and Vermont Law Library in South Royalton the last time to make a deadline.

54 The plaintiff judgment is *impaired* due to lack of sleep and being hit with frequency wave all day long and woken up every two hours a night, so I cannot get continuous sleep. My current state of mind **INTERPRET** the January 4, 2019 email from Vermont Federal Court as: "a warning that a two-year statute of limitation is running out for Senator Bennie Sanders to be charged with a crime for stealing my return emails." Which lead me to file a criminal complaint against Senator Sanders for stealing my return emails Waltham Police station on January 8, 2019, at 1; 00 pm that I have been paranoid about filing another complaint since August 8, 2014, because they imply I was mentally ill. **EXHIBIT I** Waltham Police Report. I was a scare the Waltham Police Department would attempt to institutionalize me if I went to the Police Department again. When I filed a complaint August 8, 2014, at the Waltham Police Department about the U.S Air Force hovering a jet over my house on two separate occasions at 2; 30 am for a minute Police Officer D M Hart appear to already know about the Jet as it probable woke up 20 neighbors. I know Waltham police Officer DM Hart and other Waltham Police Officer would like to testify in Court that the FBI force them to cover up the Air Force hovering a jet over my house and to imply I had mental health issues. The Waltham Police Department knows Air Force Hover a jet over my house, and Senator Sanders stole my return emails and they are being blocked because I believe, I emailed Libya Ambassador Stevens email, Guns of August that caused a National Security Directive sign against me.

55 The Waltham Police didn't investigate my complaint but brought up Senator Elizabeth Warren name. I believe under the direction of FBI and were hoping I would say something derogatory about Senator Warren so they could arrest me.

Senator Elizabeth Warren has committed many unscrupulous acts and crimes on me to help Senator Sanders, diminish my work with a bipartisan congress and to further her own career.

56 Because the Waltham Police didn't respond to my complaint that I filed January 8, 2019, against Senator Bernie Sanders for rerouting my emails. This lead me to series letters to the following; Waltham Chief of Police, Waltham City Council Members, the Mayor of Waltham, Congresswoman Katherine Clark, Special Counsel Robert S Mueller Office, United States Attorney General William Barr, Inspector General of Department of Justice Michael E. Horowitz, United States Attorney for District of Massachusetts Andrew Lelling , Special Agent in Charge of Boston FBI office Joseph R. Bonavolonta

57 U.S Department of Justice Office of the Inspector General responded March 22, 2019, claiming the matters I raised are outside our investigation Jurisdiction. My letters to the DOJ Inspector General office is about DOJ personal not following the law that has created the current situation. **EXHIBIT J** Letter from IG of DOJ. I believe President Donald J Trump is interceding overly or covertly in DOJ Inspector General Office in violation of Fed. R. Civ. P. 60 (b) (3) misconduct by opposing Party.

58. President Donald J Trump has replaced Secretary of State Rex Tillerson and National security Advisor McMaster because of emails I sent the day before. They are not the only cabinet-level officials President Donald J Trump has replaced in response to my emails or complaints to the Department of Justice or the United States Intelligence Agencies.

59. My January 24, 2019 email to my 1150 County Coordinator representing 2 million American Farmers force President Donald J Trump to reopen the Government and agree to bipartisan Congress compromise legislation that made possible for 800,000 federal employees to get paid. **EXHIBIT K** email to Farm Bureau contact. My email made it possible for FBI agents to get paid and they can't even investigate my complaint against President Donald J Trump for fear being a censor or terminated.

60. The plaintiff Motion should be permitted because it is being brought within one year from the date of the judgment was enter.

I declare under penalty of perjury that the foregoing is true and correct. Executed May 1, 2019

*Michael Sullivan*
Michael Sullivan
P.O. Box 550154, Waltham Ma 02455   amikesull@gmail.com